UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                          Date of proceeding: March 6, 2013

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #652

| **TITLE OF CASE:** | **DOCKET NO.** 12-6633, 13-482, 13-483, |
| R&D Film 1, Inc. | 13-484, 13-485, 13-486, |
| v. | 13-487(NLH) |
| John Does 1-40 | |

| Dragon Quest | |
| v. | |
| John Does 1-100 | **DOCKET NO.** 12-6611(JHR/AMD) |

**APPEARANCES:**
Stamatios Stamoulis, Esq for plaintiff
Toohey Myer, Esq for plaintiffs

**DISPOSITION:**
Order to Show Cause Hearing held on the record re:
severance/dismissal of certain John Doe defendants
Ordered supplemental briefing to be submitted by 3/18/13
Decision Reserved pending receipts of additional briefing.


                        DEPUTY CLERK: s/Susan Bush


Time commenced: 10:07 am          Time adjourned: 10:31 am

            Total time in Court: 24 mins.